# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL SEIBERT**, | : | CIVIL ACTION NO. 1:18-CV-10 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **ANDREW SAUL,** **Commissioner of Social Security,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 22nd day of November 2019, upon consideration of the Stipulation (Doc. 21), it is hereby, ORDERED that Plaintiff, Michael Seibert, is awarded Five Thousand and Five Hundred Dollars ($5,500) in attorney fees under the EAJA. The attorney fees will be paid directly to Plaintiff, and sent to the business address of Plaintiff's counsel, Christopher J. Marzzacco, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees and costs in this Order to the extent necessary to satisfy such debt(s).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania